ATTACHMENT - A


**Home Office**

UK Central Authority   T +44 (0)20 7035 4040
Judicial Co-operation Unit F +44 (0)20 7035 6985
3rd Floor, Seacole   **www.homeoffice.gov.uk**
Building
2 Marsham Street
London
SW1P 4DF

US Department of Justice
Office of International Affairs
Criminal Division
1301 New York Avenue
Suite 800
WASHINGTON DC 20005
USA

Our Ref: MLO2014USA7181752

Your Ref:

29 July 2014

Dear Sir/Madam,

**LETTER OF REQUEST FOR LEGAL ASSISTANCE IN THE MATTER OF OPERATION YERBA**

Please find enclosed a letter to accompany a request for legal assistance issued by the Crown Prosecution Service dated 11th July 2014.

I would be grateful if you could arrange for this request to be forwarded to the competent judicial authority in America for its execution.

I am the designated caseworker for this case in the UK Central Authority and my full details are listed above. Any evidence obtained should be sent for my attention and in the event of the evidence being handed to the visiting officers please let me know.

Jennifer Hutchinson
UK Central Authority

D   020 7035 8715
E   [Jennifer.Hutchinson12@homeoffice.gsi.gov.uk]
W   http://www.homeoffice.gov.uk/police/mutual-legal-assistance


INVESTORS
IN PEOPLE



**Home Office**

UK Central Authority    T +44 (0)20 7035 4040
Judicial Co-operation Unit   F +44 (0)20 7035 6985
3rd Floor, Seacole Building   **www.homeoffice.gov.uk**
2 Marsham Street
London
SW1P 4DF

To The Competent Judicial Authority      Our Ref: MLO2014USA7181752
In the United States of America

Your Ref:

29 July 2014

Dear Sir/Madam,

**LETTER OF REQUEST FOR LEGAL ASSISTANCE IN THE MATTER OF OPERATION YERBA**

Please find enclosed a letter of request for legal assistance issued by the Crown Prosecution Service, dated 11th July 2014. I should be grateful if you would arrange for the request to be executed.

It would assist if you could indicate when sending the evidence to us, whether it should be returned to you when no longer required for the purposes specified in the request.

I am the designated caseworker in this case so please send any evidence to me at the address set out above. In the event that the evidence is handed to visiting officers, please let me know so I can update our file. Please quote the UKCA reference in all future correspondence in this matter.

I would be grateful if you would acknowledge receipt of this request. Thank you for your assistance in this matter and I look forward to hearing from you in due course.

Yours faithfully,

Jennifer Hutchinson
UK Central Authority

D   020 7035 8715
E   [Jennifer.Hutchinson12@homeoffice.gsi.gov.uk]
W   http://www.homeoffice.gov.uk/police/mutual-legal-assistance



**INVESTORS IN PEOPLE**



**CPS**

The CPS incorporates RCPO

US Department of Justice
Criminal Division
Office of International Affairs
1301 New York Avenue, NW
Washington, DC 20005
USA

11th July, 2014

Dear Sirs

**Letter of Request – Operation Yerba**

I have the honour to request your assistance in obtaining statements in writing and ISP data in relation to a criminal investigation being conducted by the Yorkshire & Humberside Regional Cyber Crime Unit of the Police.
I am authorised to make this request pursuant to section 7 of the Crime (International Co-operation) Act 2003.

I make this request pursuant to the Instrument between the United Kingdom and the United States, signed 16 December, 2004, implementing the Agreement on Mutual Legal Assistance between the United States and the European Union, signed 25 June, 2003.

Purpose of the Request

| SUBJECT | DATE of BIRTH | PLACE of BIRTH | NATIONALITY | ADDRESS |
|---------|---------------|----------------|-------------|---------|
| Andrew SKELTON | ███ | Liverpool | British | Flat 23, Tower Building, 22 Water Street, Liverpool, L3 1BH |

Operation Yerba is an investigation by the Yorkshire & Humberside Regional Cyber Crime Unit of the Police, England, into suspect Andrew SKELTON

**CPS Yorkshire & Humberside, Complex Casework Unit, Jefferson House, 27 Park Place, Leeds, LS1 2SZ**
**Telephone:  0113 290 2700, Fax:  0113 290 2758, DX 26435 Leeds Park Square**

<u>Preservation</u>

An application to preserve the following accounts was made on the 21st March, 2014 for a period of 90 days, later extended to 180 days, and now runs to the 17th September, 2014:-

the following URL address(es):

http://www.2shared.com/:file/wV2D6JY9/FTSE 100 Employee Data.html.

Which was hosted at www.forumjar.com [IP address 68.168.103.7] ("the Account") from January 12th, 2014 to March 19th, 2014.

The preservation order covers all stored communications, records and other evidence in the companies possession regarding the URL
'http://www.2shared.com/file/wV2D6JY9/FTSE_100_Employee_Data.html '

<u>Offences under investigation</u>

1.  Fraud contrary to Section 4 of the Fraud Act 2006.

    The maximum penalty for this offence is 10 years imprisonment and or a fine or both.

2.  Unauthorised access to computer material with intent to commit further offences contrary to Section 2 of the Computer Misuses Act 1990.

    The maximum penalty for this offence is 5 years imprisonment on indictment.

3.  Perverting the course of Justice, contrary to common law.

    The maximum penalty is at large (unlimited)

Details of the relevant legislation are set out at 'Appendix A'

<u>Summary of Facts</u>

Andrew SKELTON was employed by WM Morrison's Supermarkets PLC. He started work for them in October 2010 and at the time of this investigation was employed as a Senior Auditor.

In May, 2013, an internal investigator employed by WM Morrison's Supermarkets PLC, Andrew Kenyon, was instrumental in getting Andrew Skelton arrested by the police on suspicion of using the mail room at the supermarket he worked at as a place from where he would post out drugs to customers.

A quantity of powder was recovered from the mail room and Andrew SKELTON was arrested on suspicion of Possession of a Controlled Drug with intent to Supply. However, the matter was not proceeded with when the drug was examined and found to be a 'legal high'. This is a possible motive for what followed.

On the 12th January 2014 personal data concerning 99,998 members of staff from the company were uploaded to the internet and made available to the public. That data included information such as the member of staff's Name, Date of Birth, Bank Account, Sort Code etc. The information was also sent via the postal system anonymously to two National and one local Newspaper company. Included with the data sent to the press was a letter which suggested there was sufficient information to steal a person's identity and/or clear their bank accounts. The data was received by the Newspaper companies between the 13th March, 2014 and the 27th March, 2014. The release of this sensitive data posed a significant risk to members of staff and reputational and financial damage to WM Morrison's Supermarkets PLC.

The investigation carried out so far shows that the compromised data was produced by another employee of WM Morrison's Supermarkets PLC, during their normal course of their employment and passed to Andrew SKELTON as part of his work. This was produced in November, 2013. There are a limited number of persons who then had access to this file.

Enquiries show the file was uploaded to a site called www.2shared.com. The full URL of the file location is

'http://www.2shared.com/file/wV2D6JY9/FTSE_100_Employee_Data.html '

The filename is evident on that website; namely it has been typed there on the internet at www.forumjar.com

The entry is entitled "FTSE 100 Payroll details" under the username 'Hacker'. The final entry states 'by guest Sun Jan 12 11:10:48 UTC 2014'. There are no other entries by this user.

It was also typed on the internet on other websites, namely www.bitleak.net and www.bugabuse.net., which are to be the subject of separate letters of request. On these sites the person posting the reports uses the username AK280672 and there is reference to the email address akenyon280672@yahoo.co.uk.

Account data/information in respect of the entries on the four websites is being requested. The screenshots which have been captured suggest the forumjar entry was posted on Sunday January the 12th at 11.10.48 UTC. The posting on bitleak.net was on the 12th January, 2014 at 0644AM, and on the 2shared site it was shown as uploaded on 12th January, 2014. There is no date or time for bugabuse.net. It is not possible to say whether it is the same person responsible for all postings but it is clear they are linked by the material which they refer, namely the filename. The purported username appears across these sites.

Significantly Andrew Kenyon's date of birth is the ██████████████. He has no knowledge of the email account of akenyon280672@yahoo.co.uk. It is strongly suspected that Andrew SKELTON has created the account to facilitate the commission of the offences as revenge against Mr Kenyon.

Attached, at Appendix B, are screenshots from forumjar, bitleak and 2shared.

A mobile telephone number, 07534436698 has been linked to the email account. A subscriber check of that account with Yahoo shows the telephone number is on that account.
This is a pre- paid mobile phone which cell sites near to the home address of Andrew SKELTON at the same time as his own personal mobile phone on days when 'Morrisons' data was uploaded. The sim card for the mobile number, 07534436698, was found to be within an Alcatel mobile phone handset which was only recently made available for sale exclusively through ASDA Supermarkets and the T Mobile company. This phone was first connected to the phone network on the 14th November, 2013. There are two further uses of this phone
   a) on the 8th December, 2013, when the email account akenyon280672@yahoo.co.uk was created and the phone was located via cell site to the hometown of Andrew SKELTON and
   b) on the 12th January, 2014 when the phone was again cell sited to the hometown of the suspect Andrew SKELTON.

All online activity has occurred utilising an anonymising tool called 'TOR'. This prevents the IP address accessing the internet from being identified. 'TOR' cannot be accessed from WM Morrison's Supermarkets PLC computers at work and on the four dates when 'TOR' was used Andrew SKELTON was not at work.

Andrew SKELTON was arrested by the police. In interview he denied any involvement or knowledge of offences. His home address was searched and a laptop seized. He has admitted that this computer is his. It has been found to contain the file names of the compromised data. It is noteworthy that both the file name upon initial creation by another WM Morrison's Supermarkets PLC employee and the file name upon upload to the internet exist on this laptop. In addition the following search terms have been found to have been researched using this laptop in the hours after news first broke of the leak of data;

1.    'how long can Police keep DNA'
2.    'can you get DNA from paper'
3.    'DNA from an envelope'
4.    'how does DNA get contaminated'
5.    'DNA in public places'
6.    'sentence for stealing data'
7.    'trace TOR user'
8.    'can you get DNA from a fingerprint'
9.    'can you get DNA from a piece of paper'
10.   ' how long does DNA last'
11.   'how long does DNA testing in criminal cases take'
12.   'can you get fingerprints off paper'


The work laptop which is supplied to SKELTON as part of his work has also been found to contain internet searches referencing 'prepay ASDA mobile'.




Request for Evidence

'APH inc.d/b/a Codero' are a web hosting company. They hold the information for the website forumjar and the postings which relate to this investigation.

The website allows members of the public to post messages. The site asks users to register their details. The relevant posting suggests use of a guest account. Information is sought from the hosts of the website which will show the person responsible for making the posting.


A request is made for the following material:-

1.   After obtaining any appropriate subpoena, search warrant, court order or other order, to obtain a witness statement in writing from an administrator at :

APH inc. d/b/a Codero
5750 W.95th Street, Suite 300
Overland Park,
KS 66207
United States of America

setting out all of the information held by APH Inc. relating to the offences set out above including, but not limited to:

a.     All subscriber information in respect of the accounts, including, but not limited to, names, addresses, dates of birth, contact details and any other personal information supplied by the subscriber such as the means and source of payment for any service.

b.     Telephone or instrument number or other subscriber number or identity, including any temporarily assigned network addresses.

c.     All user connection information, including session times and durations and IP addresses assigned during the session from the 13th November, 2013 to the 28th March, 2014.

d.     All other account and IP logging information recording account usage from the 13th November, 2013 to the 28th March, 2014, including e-mail and IP addresses of others with whom the account has corresponded, services utilised and material accessed via the account.

e.     All contact lists, address lists, buddy lists or other such data associated with the account.

f.     Any opened or unopened communications and the content of other stored files.

It is requested that these records be produced as exhibits in the statement together with an explanation of the technical terms used in the records.


2. That such other enquiries are made, persons interviewed and exhibits secured as appear to be necessary in the course of the investigation.

3. That an indication be obtained of the willingness of any witness to travel to the United Kingdom to give evidence in person.

4.   That any information held on computer in any form be preserved and secured from unauthorised interference and made available to the investigating officers and the Crown Prosecution Service for use at any subsequent trial.

5.   That the statements and copy documents are sent to the United Kingdom Central Authority.


Format of evidence requested
It is requested that the witness statements be taken in writing, dated and headed by the following declaration:

"This statement consisting of _____ pages is true to the best of my knowledge and belief"

The number of pages should be filled in the space once the statement has been written and the witness should sign the statement beside the declaration, on every page and at the end of the statement. Please date the statements. It is requested that the witness' address, telephone and fax numbers and date of birth, together with their availability to attend court in England, be written on the back of the first page of each statement.

If documentation is obtained from a witness, the witness should produce each document and give it an exhibit number. The exhibit number should consist of the witness' initials and a consecutive number. For example, the first document produced by John Andrew Smith will have the exhibit number JAS1, the second will be JAS2 and so on.

The statement should then continue : -

I occupy the position of *(job title e.g. Custodian of Records)*
in the employment of *(full name of company)*

located at *(business address)*

In the ordinary course of business *(name of company)* maintains electronic records of certain data related to subscriber accounts.  By virtue of my position I have access to these records and I am authorised and qualified to make this statement.

*(name of company)* on or about *(date of service)* received a *(type of process e.g. search warrant)* from *(authority issuing process)* for certain records relating to *(e.g. account name)*

I produce these records as my exhibit(s) _____ and explain them as follows:

*[Please provide a description of the different categories of data, e.g. subscriber information, IP log, stored e-mails etc and how the data is created e.g. "the subscriber information is provided by the account holder at the time of account creation and is not separately verified". Please also explain any acronyms, abbreviations, or other technical terminology used within the records that a lay person might not understand. Please provide any additional specific explanations as requested]*

I can further state that:

1. The records were created or received by a person in the course of a trade, business, profession or other occupation, or as the holder of a paid or unpaid office;
2. The person who originally supplied the information contained in the records had or may reasonably be supposed to have had personal knowledge of the matters dealt with; and
3. Each person through whom the information was supplied received the information in the course of a trade, business, profession or other occupation, or as the holder of a paid or unpaid office.

Signature:                              Date :

A template certification statement is annexed to this request as 'annex C'

Contact details for the officer in the case are as follows:

Detective Constable 1410 Darren Sleep
Yorkshire & Humberside Regional Cyber Crime Unit
Odyssey
Laburnum Road
Wakefield
West Yorkshire
WF1 3QP

Tel: 01133970689
Mobile: 07860 405638
Email: darren.sleep@westyorkshire.pnn.police.uk

Contact details for the prosecutor in the case are as follows:

David Holderness
Complex Casework Unit
Crown Prosecution Service
Jefferson House
27 Park Place,
Leeds,
LS1 2SZ
Tel: 44 113 290 2771

Finalities

I confirm that the enquiries requested in this letter could be made by the English Police under powers currently available to them if the enquiries were made in England rather than in the United States of America.

I thank you in advance for your valuable co-operation concerning this case.

Yours faithfully,

David Holderness

Senior Crown Prosecutor

Complex Casework Unit

Crown Prosecution Service

9

Appendix A

Details of Relevant Legislation

**1.      Fraud contrary to Section 4 of the Fraud Act 2006.**

The section reads as follows:

(1)A person is in breach of this section if he— .

    (a)  occupies a position in which he is expected to safeguard, or not to act against, the financial interests of another person, .

    (b)  dishonestly abuses that position, and .

    (c)  intends, by means of the abuse of that position— .

    (i)      to make a gain for himself or another, or .

    (ii)     to cause loss to another or to expose another to a risk of loss. .

(2)A person may be regarded as having abused his position even though his conduct consisted of an omission rather than an act.

The maximum penalty for this offence is 10 years imprisonment and or a fine or both.

2.      **Unauthorised access to computer material with intent to commit further offences contrary to Section 2 of the Computer Misuses Act 1990.**

The section reads as follows:

2 Unauthorised access with intent to commit or facilitate commission of further offences.

(1)A person is guilty of an offence under this section if he commits an offence under section 1 above ("the unauthorised access offence") with intent— .

(a)to commit an offence to which this section applies; or .

(b)to facilitate the commission of such an offence (whether by himself or by any other person); .

and the offence he intends to commit or facilitate is referred to below in this section as the further offence.

(2)This section applies to offences— .

(a)for which the sentence is fixed by law; or .

(b)for which a person who has attained the age of twenty-one years (eighteen in relation to England and Wales) and has no previous convictions may be sentenced to imprisonment for a term of five years (or, in England and Wales, might be so sentenced but for the restrictions imposed by section 33 of the M1Magistrates' Courts Act 1980). .

(3)It is immaterial for the purposes of this section whether the further offence is to be committed on the same occasion as the unauthorised access offence or on any future occasion. .

(4)A person may be guilty of an offence under this section even though the facts are such that the commission of the further offence is impossible. .

[F1(5)A person guilty of an offence under this section shall be liable— .

(a)on summary conviction in England and Wales, to imprisonment for a term not exceeding 12 months or to a fine not exceeding the statutory maximum or to both; .

(b)on summary conviction in Scotland, to imprisonment for a term not exceeding six months or to a fine not exceeding the statutory maximum or to both; .

(c)on conviction on indictment, to imprisonment for a term not exceeding five years or to a fine or to both.F1]

The maximum penalty for these offences is 5 years imprisonment on indictment.


3.      Perverting the course of Justice, contrary to common law.

The maximum penalty is at large (unlimited)

Appendix B

1.  Screenshot from forumjar

2.  Screenshot from bitleak

3.  Screenshot from 2shared

**BBC**  🔒 Sign in    News   Sport   Weather   iPlayer   TV   Radio   More ▾   Search        🔍

## LONDON
### SATURDAY, 15 MARCH

|  | Sat | Sun | Mon |
|---|---|---|---|
|  | 17°C | 18°C | 15°C |
|  | 9°C | 8°C | 8°C |

Change your location | 5 day forecast





**Malaysia PM: Plane 'deliberately diverted'**



**Deadly clash as Ukraine crisis grows**

BBC NEWS
- British winner of £108m Euromillions
- Councils urge lone person tax change
- Anelka sacked for 'gross misconduct'
- Family caught up in attack on police

LOCAL NEWS · LONDON
- Cyclist dies weeks after collision
- Labour stalwart Tony Benn dies at 88
- Couple jailed over Lee Rigby videos

**Hamilton on pole in wet qualifying**

BBC SPORT
- O'Driscoll seeks title-winning exit
- Injured Stokes out of World Twenty20
- 'Ireland will win in Paris and take...
- 'Cheltenham Gold Cup had everything'

FOOTBALL
- Mourinho wants Friday night football
- Hull City v Manchester City
- Fulham v Newcastle United




BBC ONE · DRAMA
**Jonathan Creek**
3. The Curse of the Bronz...

BBC RADIO 4 · DRAMA
**New Irish Writing**
2. Tickles

▶

---

**BBC now**   Entertainment   News   Lifestyle   Knowledge   Sport

---

## Most popular   >

**Watched**  Listened  Read

1.  EastEnders
   14/03/2014

2.  EastEnders
   13/03/2014

3.  The Dumping Ground
   11. Be My Girl

4.  Top Gear
   Burma Special - Part 1

5. Famous, Rich and Hungry
   Episode 2

## What's on   >

**TV**   BBC One   ▾   Now   ▾

10:00        11:30



Saturday Kitchen    Football Focus

**Radio**   Radio 1   ▾   Now   ▾

10:00        13:00



The Matt Edmondson    Huw Stephens
Show

## Explore   >

About the BBC
BBC Trust
CBBC
CBeebies
Food
Health
History
iPlayer
iPlayer Radio
Learning
Music
Nations & Local
Nature
News
Science
Sport
Travel news
TV
Weather
**Full A-Z**

---

## Explore the BBC

| News | Sport | Weather | iPlayer | TV | Radio |
|---|---|---|---|---|---|
| CBBC | CBeebies | Comedy | Food | History | Learning |
| Music | Science | Nature | Local | Travel News | Full A-Z |

---

Mobile Site    Terms of Use    About the BBC    Privacy Policy    Cookies    Accessibility Help    Parental Guidance    Contact the BBC    BBC Trust    Complaints

**BBC © 2014** The BBC is not responsible for the content of external sites. **Read about our approach to external linking.**

Go gle        FTSE_100_Employee_Data

Web     Maps     Images     Shopping     Videos     More ▾     Search tools

4 results (0.49 seconds)

Did you mean: *FTSE 100 Employee Data*

Cookies help us deliver our services. By using our services, you agree to our use of cookies.
[ OK ]   Learn more

### Post Reply to **FTSE 100 Employee** data
www.bitleak.net/newreply.php?tid=3146&replyto=25675 ▾
12 Jan 2014 - Announcements. I apologize for the downtime recently. You may find out
all of the information regarding it by visiting this announcement.

### FTSE 100 Employee data
www.bitleak.net/Thread-**FTSE-100-Employee-data** ▾
12 Jan 2014 -
http://www.2shared.com/file/wV2D6JY9/**FTSE_100_Employee_Data**.html. Send this
user an email Email Send this user a private message ...

### FTSE 100 Employee Data.zip download - 2shared
www.2shared.com/file/wV2D6JY9/**FTSE_100_Employee_Data**.html ▾
12 Jan 2014 - Here you can download file **FTSE 100 Employee Data**. 2shared gives you
an excellent opportunity to store your files here and share them with ...

### Hacker Forum - **FTSE 100** Payroll details - Forum Jar
www.forumjar.com/forums/topic/**FTSE_100_Payroll_details** ▾
12 Jan 2014 - 1 post - 1 author          [ Cached ]
Topic: FTSE 100 Payroll details. www.2shared.c0m**file**w..........
**FTSE_100_Employee_Data**.html forward slashes are represented by **

### FTSE 100 Today                                                    (i)
     www.ask.com/**FTSE**+**100**+Today ▾
Search for **FTSE 100** Today FTSE 100 Today Results!
Ask.com has 9,935 followers on Google+
Search For Market Shares - Search For Yougov Shares - Search For Isin Number

### iShares Min Vol ETFs
     uk.ishares.com/minvol ▾
Access to Stock Markets aiming for Less Risk. Capital at Risk.

*In order to show you the most relevant results, we have omitted some*
*entries very similar to the 4 already displayed.*
*If you like, you can repeat the search with the omitted results included.*

Help     Send feedback     Privacy & Terms

Hacker Forum - FTSE 100 Payroll details

3/15/2014

This is Google's cache of http://www.forumjar.com/forums/topic/FTSE_100_Payroll_details. It is a snapshot of the page as it appeared on 16 Feb 2014 20:42:55 GMT. The current page could have changed in the meantime. Learn more
Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Text-only version

# Forum Jar

Search Forum

Forum Jar : Hacker Forum : FTSE 100 Payroll details

See other topics in Hacker Forum

## Hacker Forum

Tweet   0   Share   0   Email   0   Blogger   0   ShareThis   2

Important rules for using Hacker Forum
• No offensive words are allowed in this forum.
• To prevent spams, you must not use the words "http" ".com" or "/"(slashes) in this forum.

Alert! Please do not buy anything or pay anyone on this forum. Scammers have been reported on our forum. Please also do not go to any links posted on here. We have been reported about links to websites that contain viruses. Thank you.

## Topic: FTSE 100 Payroll details

www.2shared.c0m''file''wV2D6JY9''FTSE_100_Employee_Data.html

forward slashes are represented by ''

Hacker

by guest Sun Jan 12 11;10:48 UTC 2014

## Post a new comment

Message:

Name (optional):

**Post a comment**

By posting a comment, you indicate that you have agreed to our terms of use.

Feel adventurous? Check out random forums on Forum Jar!

### Related Forums
• Hacker (computer security) Forum
• Hacker (programmer subculture) Forum
• Freeware Forum
• Open source Forum
• Hacker (hobbyist) Forum
• Hacker (computing) Forum
• Media hacker Forum
• Reality hacking Forum
• Wetware hacker Forum
• Hacker (computer game) Forum
• Hacker (card game) Forum
• Hackers (film) Forum
• Alan Ray Hacker Forum
• Benjamin Thurman Hacker Forum
• George Hacker Forum
• Marilyn Hacker Forum
• Peter Hacker Forum
• Sally Hacker Forum
• The Hacker Forum
• J. Random Hacker Forum
• The Centurions (TV series) Forum
• Jim Hacker Forum
• Yes Minister Forum
• Hack (injury) Forum
• Hacker-Pschorr Brewery Forum
• Hack (disambiguation) Forum
• Hacking (disambiguation) Forum
• List of fictional hackers Forum

sponsored links: free polls | free chat rooms (weirdtown chat) | widgets for myspace | make chat room | free chat room list | review websites | snowboard or ski | chat vocab

terms of use | privacy policy
©2011 forumjar.com All rights reserved.

BBC - Homepage                                                                                                    3/15/2014

**Cookies on the BBC website**   We use cookies to ensure that we give you the best experience on our website. If you continue without changing your settings, we'll assume that you are happy to receive all cookies on the BBC website. However, if you would like to, you can change your cookie settings at any time.

✓ **Continue**
⚙ Change settings
ⓘ Find out more

 **B B C**   👤 Sign in       News   Sport   Weather   iPlayer   TV   Radio   More ▾   🔍 Search       🔍

**LONDON**
SATURDAY, 15 MARCH

| Sat | Sun | Mon |
|---|---|---|
| 17°C | 18°C | 15°C |
| 9°C | 8°C | 8°C |

Change your location | 5 day forecast




**Malaysia PM: Plane 'deliberately diverted'**





**Deadly clash as Ukraine crisis grows**

BBC NEWS
» British winner of £108m Euromillions
» Councils urge lone pension tax change
» Anelka sacked for 'gross misconduct'
» Family caught up in attack on police

LOCAL NEWS | LONDON
» Labour stalwart Tony Benn dies at 88
» Couple jailed over Lee Rigby videos
» Woman, 79, in bus stop sex attack



**Hamilton on pole in wet qualifying**

BBC SPORT
» O'Driscoll seeks title-winning exit
» Injured Stokes out of World Twenty20
» 'Ireland will win in Paris and take...
» 'Cheltenham Gold Cup had everything'

FOOTBALL
» Magath accuses Fulham of complacency
» Hull City v Manchester City
» Fulham v Newcastle United

>



BBC ONE · DRAMA
**Jonathan Creek**
3. The Curse of the Bronz...

BBC RADIO 4 · DRAMA
**New Irish Writing**
2. Tickles

---

BBC now    Entertainment    News    Lifestyle    Knowledge    Sport

---

## Most popular                    >

**Watched**  Listened  Read


1  **EastEnders**
   14/03/2014


2  **EastEnders**
   13/03/2014

3  **The Dumping Ground**
   11. Be My Girl

4  **Top Gear**
   Burma Special - Part 1


5  **Famous, Rich and Hungry**
   Episode 2

## What's on                    >

TV    BBC One    ▾    Now ▾

10:00                    11:30



**Saturday Kitchen**    **Football Focus**

Radio    Radio 1    ▾    Now ▾

10:00                    13:00

**The Matt Edmondson Show**    **Huw Stephens**

## Explore                    >

About the BBC
BBC Trust
CBBC
CBeebies
Food
Health
History
iPlayer
iPlayer Radio
Learning
Music
Nations & Local
Nature
News
Science
Sport
Travel news
TV
Weather
**Full A-Z**

---

## Explore the BBC

| News | Sport | Weather | iPlayer | TV | Radio |
|---|---|---|---|---|---|
| CBBC | CBeebies | Comedy | Food | History | Learning |
| Music | Science | Nature | Local | Travel News | Full A-Z |

---

Mobile Site   Terms of Use   About the BBC   Privacy Policy   Cookies   Accessibility Help   Parental Guidance   Contact the BBC   BBC Trust   Complaints

BBC © 2014 The BBC is not responsible for the content of external sites. **Read about our approach to external linking.**

Google    FTSE_100_Employee_Data

Web    Maps    Images    Shopping    Videos    More ▾    Search tools

4 results (0.49 seconds)

Did you mean: **FTSE 100 Employee Data**

Cookies help us deliver our services. By using our services, you agree to our use of cookies.
OK    Learn more

## Post Reply to FTSE 100 Employee data
www.bitleak.net/newreply.php?tid=3146&replyto=25675 ▾
12 Jan 2014 - Announcements. I apologize for the downtime recently. You may find out
all of the information regarding it by visiting this announcement.

## FTSE 100 Employee data
www.bitleak.net/Thread-FTSE-100-Employee-data ▾
12 Jan 2014 -
http://www.2shared.com/file/wV2D6JY9/FTSE_100_Employee_Data.html. Send this
user an email Email Send this user a private message ..:

## FTSE 100 Employee Data.zip download - 2shared
www.2shared.com/file/wV2D6JY9/FTSE_100_Employee_Data.html ▾
12 Jan 2014 - Here you can download file FTSE 100 Employee Data. 2shared gives you
an excellent opportunity to store your files here and share them with ...

## Hacker Forum - FTSE 100 Payroll details - Forum Jar
www.forumjar.com/forums/topic/FTSE_100_Payroll_details ▾
12 Jan 2014 - 1 post - 1 author         | Cached |
Topic: FTSE 100 Payroll details. www.2shared.c0m**file**w........
FTSE_100_Employee_Data.html forward slashes are represented by **

## FTSE 100 Today
www.ask.com/FTSE+100+Today ▾                                          (i)
Search for FTSE 100 Today FTSE 100 Today Results!
Ask.com has 9,935 followers on Google+
Search For Market Shares - Search For Yougov Shares - Search For Isin Number

## iShares Min Vol ETFs
uk.ishares.com/minvol ▾
Access to Stock Markets aiming for Less Risk. Capital at Risk.

*In order to show you the most relevant results, we have omitted some
entries very similar to the 4 already displayed.
If you like, you can repeat the search with the omitted results included.*

Help    Send feedback    Privacy & Terms

This is Google's cache of http://www.bitleak.net/Thread-FTSE-100-Employee-data. It is a snapshot of the page as it appeared on 6 Mar 2014 09:04:07 GMT. The current page could have changed in the meantime. Learn more
Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Text-only version

- Home
- Game section
- DB LookUp
- DMCA
- Upgrade

**Sign in**x
Your Username

Password Forgot your password?

☒ Remember me

 Sign in

Sign in Create Account

Search here...     Go

- 
- Leaking
- Leaking Discussion
- FTSE 100 Employee data

Viewing mode **Threaded Mode | Linear Mode**
**FTSE 100 Employee data**

**Thread Rating:** 0
                       Votes
- 
0
Average
- 1
- 2
- 3
- 4
- 5

New Reply New Thread

01-12-2014, 06:44 AM

Post: #1

Posts: 1
Joined: Jan 2014
Reputation: 0
Bit Points: 0.000
Crowd Leaked: $0.00
View all awards

**AK280672**
Junior Member

You are not allowed to view links. Register or Login to view.

http://www.2shared.com/file/wV2D6JY9/FTSE_100_Employee_Data.html

http://www.2shared.com/file/wV2D6JY9/FTSE_100_Employee_Data.html

| Email | PM user | find |
| --- | --- | --- |
| Quote | | |

Enter Keywords    Search Thread

**« Next Oldest | Next Newest »**


New Reply  New Thread


**Quick Reply**

**Message**
Type your reply to this
message here.

☐ **Signature**
☐ **Disable Smilies**

Post Reply    Preview Post


- View a Printable Version
- Send this Thread to a Friend
- Subscribe to this thread


User(s) browsing this thread: 1 Guest(s)


- Contact Us
- Awards
- Lite (Archive) Mode
- Ban List

Copyright © 2014 Bitleak Forums
Community Software by MyBB.

**Board Style:**  Use Default    ⇕

Post Reply to FTSE 100 Employee data                                                                                      3/15/2014

This is Google's cache of http://www.bitleak.net/newreply.php?tid=3146&replyto=25675. It is a snapshot of the page as it appeared on 17 Feb 2014 11:16:14 GMT. The current page could have changed in the meantime. Learn more
Tip: To quickly find your search term on this page, press Ctrl+F or ⌘-F (Mac) and use the find bar.

Text-only version

- Home
- Game section
- DMCA
- Members
- Staff
- Upgrade

**Sign in:**
Your Username

Password Forgot your password?

☒ Remember me

Sign in
Sign in Create Account
Search here...   Go

Announcements

- I apologize for the downtime recently. You may find out all of the information regarding it by visiting this announcement.

- [____]
- Leaking
- Leaking Discussion
- FTSE 100 Employee data
- Post Reply

**Post a New Reply**
**Reply to thread: FTSE 100 Employee data**
**Username**

**Post Subject:**                                                                     RE: FTSE 100 Employee data

**Your Message:**                                                                     [quote='AK280672' pid='25675' dateline='1389527067']
                                                                     http://www.2shared.com/file/wV2D6JY9/FTSE_100_Employee_Data.htm
Smilies                                                               [http://www.2shared.com/file/wV2D6JY9/FTSE_100_Employe
                                                                     e_Data.html/td][/tr][/table]http://www.2shared.com/file/wV2D6JY9/FTSE_
                                                                     100_Employee_Data.html

                                                                     [/quote]

**Post Options:**                                                     ☐ Signature: include your signature. (registered users only) ☐ Disable
                                                                     Smilies: disable smilies from showing in this post.
**Thread Subscription:**                                             ⦿ Do not subscribe to this thread
Specify the type of email notification and thread subscription you'd like to have to this thread. (Registered users only)   ○ Subscribe without receiving email notification of new replies
                                                                     ○ Subscribe and receive email notification of new replies

**Image Verification**                                                               Please enter the text
                                                                     contained within the image
                                                                     (case insensitive) into the text box below it.
                                                                     This process is used to
                                                                     Refresh   prevent automated posts.

**Attachments**
You are currently using **N/A** of your allocated attachment usage (4.88 MB) [View My Attachments]

New Attachment:  Choose File  No file selected         Add Attachment

Post Reply   Preview Post

**Thread Review (Newest First)**
**Posted by AK280672 - 01-12-2014 06:44 AM**
You are not allowed to view links. Register or Login to view.

http://www.2shared.com/file/wV2D6JY9/FTSE_100_Employee_Data.html

http://www.2shared.com/file/wV2D6JY9/FTSE_100_Employee_Data.html

- Contact Us
- Awards
- Lite (Archive) Mode
- Ban List

Copyright © 2014 Bitleak Forums
Community Software by MyBB.
**Board Style:**   Use Default ↕

BBC – Homepage                                                                                                    3/15/2014

**BBC**    Sign in        News    Sport    Weather    iPlayer    TV    Radio    More ▼    Search    🔍

# LONDON
## SATURDAY, 15 MARCH

| | Sat | Sun | Mon |
|---|---|---|---|
| | 17°C | 18°C | 15°C |
| | 9°C | 8°C | 8°C |

Change your location | 5 day forecast



**Malaysia PM: Plane 'deliberately diverted'**



**Deadly clash as Ukraine crisis grows**

**BBC NEWS**
- British winner of £108m Euromillions
- Councils urge lone person tax change
- Anelka sacked for 'gross misconduct'
- Family caught up in attack on police

**LOCAL NEWS · LONDON**
- Cyclist dies weeks after collision
- Labour stalwart Tony Benn dies at 88
- Couple jailed over Lee Rigby 'videos'



**Hamilton on pole in wet qualifying**

**BBC SPORT**
- O'Driscoll seeks title-winning exit
- Injured Stokes out of World Twenty20
- 'Ireland will win in Paris and take...
- 'Cheltenham Gold Cup had everything'

**FOOTBALL**
- Mourinho wants Friday night football
- Hull City v Manchester City
- Fulham v Newcastle United

**>**

**BBC ONE · DRAMA**
Jonathan Creek
3. The Curse of the Bronz...

**BBC RADIO 4 · DRAMA**
New Irish Writing .
2. Tickles

---

BBC now    Entertainment    News    Lifestyle    Knowledge    Sport

---

## Most popular          **>**

**Watched**  Listened  Read

1  EastEnders
   14/03/2014

2  EastEnders
   13/03/2014

3  The Dumping Ground
   11. Be My Girl

4  Top Gear
   Burma Special - Part 1

5  Famous, Rich and Hungry
   Episode 2

## What's on          **>**

TV    BBC One ▼    Now ▼

10:00                    11:30

**ON NOW**
Saturday Kitchen        Football Focus

Radio    Radio 1 ▼    Now ▼

10:00                    13:00

**ON NOW**
The Matt Edmondson      Huw Stephens
Show

## Explore          **>**

About the BBC
BBC Trust
CBBC
CBeebies
Food
Health
History
iPlayer
iPlayer Radio
Learning
Music
Nations & Local
Nature
News
Science
Sport
Travel news
TV
Weather
**Full A-Z**

---

## Explore the BBC

| News | Sport | Weather | iPlayer | TV | Radio |
|---|---|---|---|---|---|
| CBBC | CBeebies | Comedy | Food | History | Learning |
| Music | Science | Nature | Local | Travel News | Full A-Z |

---

Mobile Site    Terms of Use    About the BBC    Privacy Policy    Cookies    Accessibility Help    Parental Guidance    Contact the BBC    BBC Trust    Complaints

**BBC © 2014** The BBC is not responsible for the content of external sites. **Read about our approach to external linking.**

FTSE 100 Employee Data.zip download - 2shared                                                3/15/2014

This is Google's cache of http://www.2shared.com/file/wV2D6JY9/FTSE_100_Employee_Data.html. It is a snapshot of the page as it appeared on 24 Feb 2014 15:13:12 GMT. The current page could have changed in the meantime. Learn more

Tip: To quickly find your search term on this page, press Ctrl+F or ⌘-F (Mac) and use the find bar.

Text-only version



Upload  Search  Browse

( CLICK HERE TO UPLOAD A FILE )

## FTSE 100 Employee Data.zip download

Report abuse

FTSE 100 Employee Data.zip download at 2shared. Click on compressed file FTSE 100 Employee Data.zip to start downloading. 2shared - Online file upload - unlimited free web space. File sharing network. File upload progressor. Fast download. 16216096 compressed files available.

FTSE 100 Employee Data.zip download
We recommend to use B1 Free Archiver to open this file

File type: ZIP File    File size: 5,402 KB    Uploaded: 2014-01-12

DOWNLOAD

File URL: http://www.2shared.com/file/wV2D6.

Last viewed: 2014-01-15

Download B1 Free Archiver
What is B1?

### What is 2shared? Free file collection
Here you can download file FTSE 100 Employee Data. 2shared gives you an excellent opportunity to store your files here and share them with others. Join our community just now to flow with the file FTSE 100 Employee Data and make our shared file collection even more complete and exciting.

About Terms of Use | Privacy Policy | Copyright Infringement | FAQ | Tutorial | Contact | Feedback

Copyright © 2shared.com

<u>Annex C</u>

Template Statement

**UNCLASSIFIED**

**Witness Statement**

Date:

Statement of:

Occupation:

I am over 18 years of age, and this statement, consisting of _____ page(s), is true to the best of my knowledge and belief.

Signature:_____        Date:_____

I occupy the position of *(job title e.g. Custodian of Records)*
in the employment of *(full name of company)*
located at *(business address)*

In the ordinary course of business *(name of company)* maintains electronic records of certain data related to subscriber accounts.  By virtue of my position I have access to these records and I am authorised and qualified to make this statement.

*(name of company)* on or about *(date of service)* received a *(type of process e.g. search warrant)* from *(authority issuing process)* for certain records relating to *(e.g. account name)*

I produce these records as my exhibit(s)[1] _____ and explain them as follows[2]:

_____

[1] The exhibit number should consist of the witness' initials and a consecutive number. For example, the first document produced by John Andrew Smith will have the exhibit number JAS1, the second will be JAS2 and so on. An entire set of associated documents can be given a single exhibit number.

[2] Please provide a description of the different categories of data e.g. subscriber information, IP log, stored e-mails, address lists etc and how the data is created e.g. "the subscriber information is provided by the account holder at the time of account creation and is not separately verified".  Please also explain any acronyms, abbreviations or other technical terminology used within the records that a lay person might not understand.  Please provide any additional specific explanations as requested.

**UNCLASSIFIED**

**UNCLASSIFIED**

I can further state that:

    i.    The records were created or received by a person in the course of a trade, business, profession or other occupation, or as the holder of a paid or unpaid office;

    ii.   the person who originally supplied the information contained in the records had or may reasonably be supposed to have had personal knowledge of the matters dealt with; and

    iii.  each person through whom the information was supplied received the information in the course of a trade, business, profession or other occupation, or as the holder of a paid or unpaid office.

Signature:_____     Date:_____

**UNCLASSIFIED**